## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DEDEYI DAOUD,

     Plaintiff,                    Case No. 25-cv-11286

v.                                     Hon. Denise Page Hood

CITY OF DETROIT,

     Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS [ECF NO. 11] AND GRANTING PLAINTIFF'S ORAL MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Before the Court is Defendant City of Detroit's Motion to Dismiss First Amended Complaint. [ECF No. 11]. At the hearing on October 22, 2025, Plaintiff Dedeyi Daoud agreed to dismiss Counts II, IV and V of his First Amended Complaint. The Court granted Plaintiff's oral motion for leave to file a Second Amended Complaint.

In light of the foregoing,

**IT IS ORDERED** that Defendant City of Detroit's Motion to Dismiss [ECF No. 11] is **GRANTED IN PART AND DENIED IN PART**. Counts II, IV, and V are DISMISSED WITHOUT PREJUDICE. Counts I and III REMAIN.

**IT IS FURTHER ORDERED** that Plaintiff's Oral Motion for Leave to File Second Amended Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must file his Second Amended Complaint within fourteen (14) days of entry of this Order. Plaintiff's Second Amended Complaint must comply with the Federal Rules of Civil Procedure and the Eastern District of Michigan Local Rules, including each claim stated in numbered paragraphs as set forth in Fed R. Civ. P. 10(b).

SO ORDERED.

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  November 6, 2025